UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA _____ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

JARED DUNN.
Inmate # 309153 .
(Enter full name of Plaintiff)

vs.

CASE NO: 3:14cv529-LC-EMT
(To be assigned by Clerk)

UNITED STATES DISTRICT
COURT FOR THE NORTHERN
DISTRICT OF FLORIDA,
PENSACOLA DIVISION

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

Filed10/07/14USDCFLN39M1236

**I.     PLAINTIFF:**

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: JARED DUNN
Inmate Number: 309153
Prison or Jail: BAY CORRECTIONAL FACILITY
Mailing address: 5400 BAYLINE DRIVE
PANAMA CITY FL
32404

**II.    DEFENDANT(S):**

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1)   Defendant's name:   ROGER VINSON
      Official position:   CHIEF JUDGE
      Employed at:         US DISTRICT COURT
      Mailing address:     1 NORTH PALAFOX
                           FL. 32502

(2)   Defendant's name:   _____
      Official position:   _____
      Employed at:         _____
      Mailing address:     _____

(3)   Defendant's name:   _____
      Official position:   _____
      Employed at:         _____
      Mailing address:     _____

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

### IV. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )   No(X)

1. Parties to previous action:
    (a) Plaintiff(s): _____
    (b) Defendant(s): _____
2. Name of judge: _____ Case #: _____
3. County and judicial circuit: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

**(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes(X)   No( )

1. Parties to previous action:
    a. Plaintiff(s): JARED SCOTT DUNN
    b. Defendant(s): JACKSON CORRECTIONAL INSTITUTION
2. District and judicial division: NORTHERN DISTRICT / PENSACOLA DIVISION
3. Name of judge: ROGER VINSON Case #: 3:06-CV-00354-RV-MD
4. Approximate filing date: 08-18-2006
5. If not still pending, date of dismissal: 5-21-2007 / LAST FILING 5-29-2007
6. Reason for dismissal: EXCEEDED TIME OF EXTENSION

3

7.   Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C.   Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )          No(X)

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1.   Parties to previous action:
   a.   Plaintiff(s): _____
   b.   Defendant(s): _____
2.   District and judicial division: _____
3.   Name of judge: _____   Case #: _____
4.   Approximate filing date: _____
5.   If not still pending, date of dismissal: _____
6.   Reason for dismissal: _____
7.   Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

D.   Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )          No(X)

1.   Parties to previous action:
   a.   Plaintiff(s): _____
   b.   Defendant(s): _____
2.   District and judicial division: _____
3.   Name of judge: _____   Case Docket # _____
4.   Approximate filing date: _____   Dismissal date: _____
5.   Reason for dismissal: _____

4

6. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

## V.  STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

I AM A VICTOM OF A PENDING FEDERAL ON GOING INVESTGATION SOMEONE HAS USED HYPNISOS ON ME AND OTHERS, BY TELEPHONE. THIS HAS TOOK CONTROL OF MY THOUGHTS AND I HAVE BEEN UNABLE MAKE SOUND DECISIONS.

The diagnosis by the psychiatrist was given with prejustice. If the court would give "relief" physician could give proper teatment for stabilization.

The Plaintiff is unable to stop the thought process to which, while being victomized by hypnisos is, and has caused self destruction

The Plaintiff is not responsable for his criminal actions or his inablity to control his actions in general

The plaintiff is requesting relief

6

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

14th Constitutional Right
Plaintiff has the Right to effective assitance of counsel
Counsel has been unable to show a complete defence without prejustic

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

Plaintiff Requests De Novo (A complete Review of All Charges Fines Leans) A complete Reversal of All Court Inposed Sentences, in Escamba and Santa Rosa County

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

10-6-2014
(Date)

(Signature of Plaintiff)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the __10__ day of __6__, 20__14__.

(Signature of Plaintiff)

Revised 03/07

HAZEL DUNN 309153
BAY ~~DRIVE DRIVE~~
5400 UNIT DRIVE
BAY CORRECTIONAL FACILITY
PANAMA CITY FL. 32404

PENSACOLA FL 325
15 SEP 2014 PM 2 L

United States District Court
NORTHERN DISTRICT OF FLORIDA
ONE NORTH PALAFOX STREET
Pensacola FL. 32502-5658

32502566599