IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JARED DUNN, Inmate #309153,
     Plaintiff,

vs.                           Case No.  3:14cv529/LAC/EMT

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA,
     Defendant.
_____/

**O R D E R**

     This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated November 10, 2014 (doc. 7).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of the objections filed.

     Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

     2.     This cause is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) as frivolous and for failure to state a claim upon which relief may be granted.

     3.     The clerk is directed to enter judgment accordingly and close the file.

     **DONE AND ORDERED** this 9th day of December, 2014.


                        s/_L. A. Collier_           
                        **LACEY A. COLLIER**
                        **SENIOR UNITED STATES DISTRICT JUDGE**