IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA CITY DIVISION

JARED DUNN,
    Plaintiff,

vs.                                   Case No.  3:14cv529/LAC/EMT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA,
    Defendant.
_____/

**O R D E R**

Plaintiff was permitted to proceed in forma pauperis in this civil rights action in this district court.  The action was dismissed, pursuant to 28 U.S.C. § 1915(e)(2)(B) (*see* doc. 11).  Plaintiff filed a notice of appeal (doc. 13), two motions for appointment of counsel on appeal (docs. 15, 21), and a motion to proceed in forma pauperis on appeal (doc. 20).  He also filed a motion to conduct discovery (doc. 22).

Pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a), this court hereby certifies that this appeal is not taken in good faith, and Plaintiff is not entitled to proceed in forma pauperis on appeal.  The reasons for this court's decision are outlined in the Magistrate Judge's Report and Recommendation dated November 10, 2014 (doc. 7) and this court's order dated December 9, 2014 (doc. 11) which adopted and incorporated that recommendation.  For the same reasons, Plaintiff's motions for appointment of counsel and motion to conduct discovery should also be denied.

Accordingly, it is **ORDERED**:

1.    Plaintiff's motion for leave to proceed in forma pauperis on appeal (doc. 20) is **DENIED**, and he is directed to pay the full appellate filing fee of $505.00 within **THIRTY (30) DAYS** from the date of docketing of this order.

2.	Plaintiff's motions for appointment of counsel on appeal (docs. 15, 21) are **DENIED without prejudice** to Plaintiff's filing a motion for appointment of counsel with the appellate court.

3.	Plaintiff's motion to conduct discovery (doc. 22) is **DENIED**.

**DONE AND ORDERED** this 13th day of January, 2015.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**